In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Lands and Premises Located on Grand Avenue, Gothic Drive and Chapin Parkway, Adjoining the Premises of Jamaica High School, Jamaica, Borough of Queens, City of New York, Duly Selected as a Site for School Purposes, According to Law. JOHN J. BEATTY and IRA L. TERRY, Appellants; CHARLES W. BERRY, as Comptroller of the City of New York, Respondent.— Order, in so far as it taxes costs at $500 each with respect to the services of appellants, reversed upon the law and the facts, without costs, and matter remitted to the Special Term to take proof of appellants' services. Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ., concur.

In the Matter of the Estate of ELLA M. MUNGEER, Deceased. JOHN H. TUPLIN, ELLSWORTH TUPLIN and FLORENCE KING, Appellants; HOLLIS J. MUNGEER, Executor, etc., of ELLA M. MUNGEER, Deceased, Respondent.— Decree of the Surrogate's Court of Suffolk county unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of FREDA SPINARD, Appellant, against WILLIAM E. WALSH and Others, Constituting the Board of Standards and Appeals of the City of New York, Respondents.— Order dismissing certiorari order and confirming the determination of the board of standards and appeals unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

In the Matter of the Judicial Settlement of the Final Account of Proceedings of THE NEW YORK TRUST COMPANY, as Substituted Trustee for MARGARET L. WINSLOW, under the Will of JAMES WINSLOW, Deceased. LANIER MCKEE and THE NEW YORK TRUST COMPANY, as Executors and Trustees, etc., of LAWRENCE LANIER WINSLOW, Deceased, and Others, Appellants; THE NEW YORK TRUST COMPANY, as Substituted Trustee under the Will of JAMES WINSLOW, Deceased, WINSLOW LITTLE and ARTHUR W. LITTLE, JR., Respondents.— Decree of the Surrogate's Court of Dutchess county, in so far as appealed from, unanimously affirmed, with costs, payable out of the estate, to all parties appearing and filing briefs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ. [138 Misc. 672.]

AMELIA JONES, Now AMELIA TIESMA, Appellant, v. NEW YORK RAPID TRANSIT CORPORATION, Respondent.— Order setting aside verdict unless plaintiff stipulate to reduce the amount thereof unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

KELVINATOR SALES CORPORATION, Appellant, v. JACOB MANOWITZ, Respondent.— Order granting leave to serve an amended answer affirmed, without costs. Defendant may serve the proposed amended answer within five days from the entry of the order herein. No opinion. Lazansky, P. J., Kapper, Tompkins and Davis, JJ., concur; Scudder, J., not voting.